# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number: 2:05CR00274-01** |
| **Tin IV** | |

## LEGAL HISTORY:

On August 20, 2004, the above-named was sentenced to 12 months and 1 day custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of three years, which commenced on August 10, 2005. Special conditions included a requirement to pay a $15,000 Fine and a $200 Special Assessment; Financial disclosure; and 100 hours of Community Service.

## SUMMARY OF COMPLIANCE:

Tin Iv has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Tin Iv has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

**Re:   Tin IV**
  **Docket Number:   2:05CR00274-01**
  **RECOMMENDATION TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:   March 15, 2007
  Elk Grove, California
  RGL/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
  **DEBORAH A. SPENCER**
  **Supervising United States Probation Officer**

cc:   AUSA To be assigned (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00274-01** |
| ) | |
| **Tin IV** ) | |
| ) | |

On August 10, 2005, the above-named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rafael G. Loya
**RAFAEL G. LOYA
Senior United States Probation Officer**

Dated:   March 15, 2007
         Elk Grove, California
         RGL:cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**Re:     Tin IV**
         **Docket Number:   2:05CR00274-01**
         **ORDER TERMINATING SUPERVISED RELEASE**
         **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 April 13, 2007
**Date**                                                **Frank C. Damrell Jr.**
                                                        **United States District Judge**

RGL:cj
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office